Minnie A. Sumner and J. C. Sumner, her husband, *Appellants,* v. W. E. Osborne and Mildred C. Osborne, his wife, Ray R. Currington and Burton F. Grantham, *Appellees.*

Opinion filed May 29, 1931.

*W. Raleigh Petteway, Lewis W. Petteway* and *D. C. McMullen,* for Appellants.

*Sandler & Duff,* for Appellee, Berton F. Grantham.

746

PER CURCIUM.—The record in this cause having been considered by the court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and decreed by the Court that the decree of the court below should be, and the same is hereby, affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL AND DAVIS, J.J., concur.

BROWN, J., dissents.